13603.  AMERICAN RAILWAY EXPRESS COMPANY v. DANIEL.

STEPHENS, J.  The Supreme Court of the United States having reversed the judgment of the Supreme Court of Georgia (157 *Ga.* 731, 121 S. E. 686), which affirmed the judgment of this court (29 *Ga. App.* 780, 116 S. E. 660) affirming the judgment of the superior court of Madison county, the judgment heretofore rendered by this court is vacated, and the judgment of the trial court overruling the defendant's motion for a new trial is reversed.  American Railway Express Co. *v.* Daniel, 269 U. S. 40 (70 L. ed. 14, 46 S. Ct. 15).

> *Judgment reversed.  Jenkins, P. J., and Bell, J., concur.*
> DECIDED FEBRUARY 18, 1926.

Action for breach of contract; from Madison superior court— Judge W. L. Hodges.  April 4, 1922.

*Alston, Alston, Foster & Moise, Clarence E. Adams,* for plaintiff in error.  *Berry T. Moseley,* contra.

---

Appeal and Error, 4 C. J. p. 1247, n. 33 New.

---

14885.  KNIGHT v. HERRING & MCGEHEE.

STEPHENS, J.  Applying the rulings of the Supreme Court in answer to questions certified in this case (161 *Ga.* 58, 129 S. E. 526), the judgment is affirmed.

> *Judgment affirmed.  Jenkins, P. J., and Bell, J., concur.*
> DECIDED FEBRUARY 18, 1926.

Garnishment; from Muscogee superior court—Judge Munro. July 7, 1923.

*Hatcher & Hatcher,* for plaintiff.

*J. E. Chapman, A. W. Cozart,* for defendants.